## BARNES v. AMERICAN NAT. BANK *et al.*

No. 5673.   Opinion Filed November 2, 1915.

(152 Pac. 824.)

**APPEAL AND ERROR—Presentation for Review—Assignments of Error—Affirmance.** Where plaintiff in error seeks to set aside a judgment of the trial court, on the ground that it is excessive and is not sustained by sufficient evidence, every presumption will be indulged in favor of the correctness of the judgment, and the burden is upon such plaintiff in error to point out specifically wherein said judgment is excessive, and how and in what particular the evidence is not sufficient to support the judgment, and on failure to so do the judgment will be affirmed.

(Syllabus by Robberts, C.)

*Error from District Court, Oklahoma County;*
*W. R. Taylor, Judge.*

Action by the American National Bank and another against E. A. Barnes. Judgment for plaintiffs, and defendant brings error. Affirmed.

*James R. Lewis,* for plaintiff in error.

*Ames, Chambers, Lowe & Richardson,* for defendants. in error.

Opinion by ROBBERTS, C. This case comes from the district court of Oklahoma county, and is an action on a promissory note. The only objections raised to the judgment are: (1) The court erred in the assessment of the amount of the recovery, said judgment being excessive. (2) The judgment is not sustained by the evidence.

Counsel does not specifically point out wherein said judgment is excessive, nor in what manner or particular the court erred in the assessment of the amount of recovery, and this court will not search the record, nor take the time to figure the amount due on the note at the date of the judgment. The contention that the judgment is not sustained by sufficient evidence is also untenable. The records shows that, after hearing the evidence, the court, being fully advised in the premises, finds for the plaintiffs and against the defendant, and the findings of the court thereon will not be disturbed by this court.

The judgment is supported by the evidence, is not excessive, and should be affirmed.

By the Court: It is so ordered.